IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| IN RE:   DONALD EDWARD MOFFITT AND PHYLLIS JOY MOFFITT, Debtors | Case No. 3:04-BK-22708-ARE  Chapter 13 |

___

| | |
|---|---|
| DONALD EDWARD MOFFITT AND PHYLLIS JOY MOFFITT | PLAINTIFFS |
| VS. | AP NO:  3:07-AP-01054 |
| AMERICA'S SERVICING COMPANY; AND EVERHOME MORTGAGE COMPANY | DEFENDANTS |

___

## MOTION FOR PROTECTIVE ORDER

Comes now Defendant, America's Servicing Company ("ASC"), by its attorney, Kimberly D. Burnette, and for its Motion for Protective Order pursuant to Fed. R. Civ. P. 26 (c) and Fed. R. Bankr. R. 7026 states as follows:

1. That Plaintiffs filed a Motion to Compel Production of Documents on the 14th day of November 2007. That in said Motion to Compel Production of Documents, Debtor requested that ASC "produce all servicing, master servicing, sub-servicing, contingency servicing, special servicing, or back-up servicing agreements with respect to this account."

2. That there is a servicing agreement relative to the loan that is the subject of this litigation to wit: 2005 HUD 601 Demonstration Sub-Servicing Agreement. This agreement provides the servicing guidelines for as well as the financial arrangement with the servicers for all loans that were purchased by the investor on Plaintiffs' loan.

3. That ASC avers that the sub-servicing agreement that applies to the subject loan is confidential. However, ASC recognizes its obligation to produce, and the Plaintiffs' right to have, all material, relevant and non-privileged information related to the subject loan in its

possession. Therefore, ASC is willing to produce the sub-servicing agreement so long as the strict confidentiality of the document is maintained. Specifically, Plaintiffs and their attorneys should be prohibited from the unauthorized use or disclosure of financial information and servicing guidelines contained in the sub-servicing agreement, in part because the subject servicing agreement applies to more loans than just that of the Plaintiffs.

4. ASC requests further that Plaintiffs and their attorneys consider the use of financial, servicing, and other proprietary information in the sub-servicing agreement be permitted only for the purposes of the instant litigation action, but not so as to be potentially injurious to ASC's business interests, such as by disclosure of information commercially or competitively sensitive to ASC.

5. That should the sub-servicing agreement be introduced as evidence at a trial of this matter, ASC requests that it be sealed in an envelope marked as follows: "CONFIDENTIAL: THIS ENVELOPE CONTAINING THE SUB-SERVICING AGREEMENT RELATIVE TO THE LOAN WHICH IS THE SUBJECT OF THIS ACTION IS NOT TO BE OPENED, DISPLAYED, OR REVEALED EXCEPT BY ORDER OF THIS COURT."

6. That upon final termination of this action, Plaintiffs and their attorneys should be ordered to immediately return to counsel for ASC the subject servicing agreement, including all copies thereof.

WHEREFORE, ASC prays for an Order of this Court requiring Plaintiffs and their attorneys to maintain the confidentiality of the sub-servicing agreement that shall be produced to them, to prohibit the unauthorized use or disclosure of financial information contained in the sub-servicing agreement, that the financial and proprietary information contained therein be used only for the purposes of the instant litigation, but not so as to be potentially injurious to ASC's business interests, that the agreement, if introduced in evidence, be kept under confidential seal,

that it be returned to counsel for ASC upon termination of this action, for its costs and fees for this action, and for all other necessary and proper relief to which it may be entitled.

Respectfully submitted,

America's Servicing Company

By: /s/ Kimberly D. Burnette
Kimberly D. Burnette (88077)
Attorney for Defendant
Wilson & Associates, P.L.L.C.
1521 Merrill Drive, Suite D-220
Little Rock, Arkansas 72211
Phone: (501) 219-9388

## CERTIFICATION

I hereby certify that as attorney for ASC, I have in good faith conferred with Plaintiffs' attorney in an effort to resolve this dispute without court action.

/s/ Kimberly D. Burnette
Kimberly D. Burnette

## CERTIFICATE OF SERVICE

On December 5, 2007 a copy of the foregoing Motion for Protective Order was served via email upon:

Joel G. Hargis
Attorney at Law
Email: joel@crawleydeloache.com

/s/ Kimberly D. Burnette
Kimberly D. Burnette

3