IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| **IN RE: DONALD & PHYLLIS MOFFITT** | **CASE NO: 3:04-BK-22708** |
| **DEBTORS** | **CHAPTER 13** |

| | |
|---|---|
| **Donald Edward Moffitt, and** | Debtors/Plaintiffs |
| **Phyllis Joy Moffitt** | |
| | |
| Vs.   AP NO: 07-01054 | |
| | |
| **America's Servicing Company; and** | Defendants |
| **EverHome Mortgage Company** | |

## MOTION FOR TEMPORARY INJUNCTION
## AND RESTRAINING ORDER

Come Now the Plaintiffs, by and through their attorneys of record, and respectfully move this Court for an order temporarily enjoining America's Servicing Company (hereinafter referred to as "ASC") from attempting to collect alleged late charges and other alleged arrearages until such time as this Court has entered a final decision in this adversary proceeding bearing case number 07-01054.

Further, Plaintiffs move this court for a temporary restraining order enjoining ASC from contacting the Plaintiffs by any means in attempts to collect on any alleged late fees or other arrearages while the Plaintiffs are represented by counsel until this Court has entered a final decision in this adversary proceeding bearing case number 07-01054.

The Plaintiffs state and allege as follows:

1. Since the filing of this adversary proceeding, ASC has called the Plaintiffs on at least three occasions attempting to collect late charges that the Plaintiffs do not owe and that have been accumulating since the discharge of their

Chapter 13 bankruptcy case.

2.   Since the filing of this adversary proceeding, ASC has contacted the Plaintiffs by United States mail alleging an amount existing in an "unapplied account" on the Plaintiffs' mortgage loan.  There is no explanation as to the nature of this account or from where the funds came.  In fact, ASC assumes they are a partial payment and demands the Plaintiffs remit additional funds to ASC.

3.   Plaintiff's monthly mortgage account statements continue to list and demand payment of the aforementioned late fees and arrearages.

3.   In an apparent attempt to harass the Debtors, ASC has been knowingly and willfully contacting a represented party in a contested matter to collect debts that are at the heart and are the substance of the complaint at issue before this Court.

4.   Upon information and belief, Plaintiffs believe that they will prevail in a trial on the merits in this case and that this Court will hold, among other things, that such late fees and arrearages are not owed and therefore uncollectable.

5.   The Plaintiffs, because of the actions of ASC giving rise to this complaint and their actions subsequent to the same, have suffered undue stress and anxiety and have lived in constant fear that ASC's willfully negligent servicing of their mortgage will either force them into another chapter 13 bankruptcy or ultimately cause them to lose their home.

6.   This Court should enter an order enjoining ASC from attempting to collect alleged late charges and other alleged arrearages and a temporary restraining order enjoining ASC from contacting the Plaintiffs by any means in attempts to collect the same until a trial on the merits may be had.

WHEREFORE, premises considered, the Plaintiffs pray:

A.   That this Court enter an order enjoining the Defendant from attempting to collect any late fees or arrearages from the Plaintiffs pending final

outcome of the above styled adversary proceeding;

  B. That this Court issue a temporary restraining order prohibiting any further contact with the Plaintiffs in the Defendant's attempts to collect the same pending final outcome of the above styled adversary proceeding;

  C. That this Court award reasonable costs and attorneys fees associated with the procurement of the relief requested herein; and

  D. Any other just and proper relief to which they may be entitled.

Dated this the 21th day of December 2007.


/s/ Joel G. Hargis
Joel G. Hargis
Crawley & DeLoache, PLLC
Attorney for the Plaintiffs
2704 South Culberhouse, Suite J
Jonesboro, AR 72401
PH (870) 972-1127
FX (870) 972-1787


/s/ Debra J. Reece
Debra J. Reece State Bar # 2003-092
Reece law Firm, PLLC
P.O. Box 21296
Little Rock, AR 72221-1296
PH: (501) 580-7026
FX: (501) 821-2787

**CERTIFICATE OF SERVICE**

     I, the undersigned attorney, do hereby certify that I have served a copy of the foregoing pleading on the Chapter 13 Trustee by mailing a copy thereof to the following on the 21st day of December, 2007:

Kimberly D. Burnette
WILSON & ASSOCIATES, P.L.L.C.
Attorney for America's Servicing Company
1521 Merrill Drive, Suite D-220
Little Rock, Arkansas 72211

U.S. Trustee
Office of U.S. Trustee
200 W. Capitol, Ste. 1200
Little Rock, AR 72201

David D. Coop, Trustee
P. O. Box 5006
North Little Rock, AR 72119

                    /s/ Joel G. Hargis
                 **MICHAEL E. CRAWLEY, JR.**
                 **MIKE DELOACHE**
                 **JOEL G. HARGIS**